IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BILL LIETZKE,                    )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )       2:07cv814-MHT
                                 )
COUNTY OF MONTGOMERY,            )
ALABAMA, et al.,                 )
                                 )
     Defendants.                 )
```

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 14th day of September, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE