IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 2:07cv814-MHT |
| COUNTY OF MONTGOMERY, ALABAMA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #1), filed July 9, 2007. On September 14, 2007, this matter was referred to the undersigned for action or recommendation on all pretrial matters (Doc. #3). Upon consideration of the application and for good cause, it is

ORDERED that the Motion for Leave to Proceed *In Forma Pauperis* (Doc. #1) is GRANTED. For good cause, it is further

ORDERED that service of this Complaint is **STAYED** pending review under 28 U.S.C. § 1915 (2000).

DONE this 14th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE